THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
James Suber,       
Appellant.
 
 
 

Appeal From Richland County
J. Ernest Kinard, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-048
Submitted November 20, 2002  Filed 
 January 16, 2003

APPEAL DISMISSED

 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia; 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox; Legal Counsel 
 Tommy Evans, Jr.; Legal Counsel J. Benjamin Aplin,all of Columbia; for Respondent.
 
 

PER CURIAM:  James Suber appeals his guilty 
 plea to possession of crack cocaine and the revocation of two years of his suspended 
 sentence for a prior offense.  Counsel for Suber attached to the final brief 
 a petition to be relieved as counsel.  Suber did not file a separate pro se 
 response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Subers appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
CONNOR, STILWELL, and HOWARD, JJ., 
 concur.